BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
MANJARI CHAWLA, Bar No. 218556
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN GAIL BRENNAN, individually; SUSAN GAIL BRENNAN, individually and doing business as RAMCO CONCRETE CUTTING; STEPHEN LAWRENCE BRENNAN, individually; STEPHEN LAWRENCE BRENNAN, individually and doing business as RAMCO CONCRETE CUTTING; RAMCO CONCRETE CUTTING; and DOES 1 through 10,<br><br>Defendants. | No.   CV-09-3565 SBA<br><br>**AMENDED THIRD AMENDED DEFAULT JUDGMENT**<br><br>Date:   April 13, 2010<br>Time:   1:00 p.m.<br>Courtroom: 1, 4th Floor<br><br>**Honorable Sandra Brown Armstrong** |

This matter came on for hearing for entry of Judgment by Default against Defendants Susan Gail Brennan, individually; Susan Gail Brennan, individually and doing business as Ramco Concrete Cutting; Stephen Lawrence Brennan, individually; Stephen Lawrence Brennan, individually and doing business as Ramco Concrete Cutting; and Ramco Concrete Cutting

(hereinafter "Defendants"), on April 13, 2010.  Per the Court's order, the parties were not required to make an appearance.  Having considered the pleadings and arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:

1. The Complaint in this matter was filed with this Court on August 4, 2009.

2. The Complaint was mailed to Defendants on August 13, 2009, for which service was deemed complete under CCP 415.20(a) on August 23, 2009, and for which proofs of service were filed before this Court with the Summons on August 26, 2009;

3. That no answer or other responsive pleadings having been filed within the time permitted by law, default was entered against the Defendants on October 13, 2009;

4. Defendants have been employers within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C.§1002(5), 1145) and employers in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C.§185).

5. The Court finds the allegations in the Complaint on file herein are true including the fact that Defendants have been bound to a written Collective Bargaining Agreement with the Northern California District Council of Laborers, a labor organization within the meaning of LMRA§301, 29 U.S.C.§150.  By virtue of becoming bound to the Collective Bargaining Agreement, Defendants became subject to all the terms and conditions of the various Trust Agreements referred to in the Complaint;

6. That Defendants failed to pay delinquent contributions in the amount of $19,639.49, and liquidated damages and interest in the amount of $15,606.67;

7. That Defendants have failed, neglected or refused to submit to an audit as requested by Plaintiffs pursuant to said Collective Bargaining Agreement and Trust Agreements.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of Plaintiffs and against Defendants as follows:

1. Defendants are ordered to pay $19,639.49 in principal contributions to the Trust Funds;

2. Defendants are ordered to pay $15,606.67 in liquidated damages and interest owed

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Third Amended Proposed Default Judgment     Case No. CV-09-3565 SBA

1  to the Trust Funds;

2      3.    Defendants are ordered to submit to an audit by auditors selected by the Trust Funds
3  at Defendants' premises during business hours, or where the records are kept, at a reasonable time
4  or times, and to allow said auditors to examine and copy such books, records, papers, reports of
5  North Coast Contracting, relating to the time period beginning January 1, 2003 to the present, that
6  are relevant to the enforcement of the collective bargaining agreement or Trust Agreements,
7  including but not limited to the following:

> Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941); check register and supporting cash voucher; Form 1120- 1040 or partnership tax returns; general ledger – (portion relating to payroll audit);

12     4.    Defendants are ordered to pay all amounts found due and owing as a result of said
13 audit of its books and records pursuant to the Trust Agreements;

14     5.    The Court issues an injunction directing Defendants to submit to the Trust Funds,
15 all reports and contributions due and owing by Defendants pursuant to the Trust Agreements;

16     6.    The Court issues an order directing and permanently enjoining Defendants for so
17 long as they remain obligated to contribute to the Trust Funds, from failing, neglecting, or refusing
18 to timely submit required monthly contributions reports and payments as required by the terms of
19 the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2),
20 (29 U.S.C.§1132(a)(3), (g)(2));

21     7.    Defendants are ordered to pay attorneys' fees in the amount of $4,362.50;

22     8.    Defendants are ordered to pay costs in the amount of $1,585.70; and

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

9. Defendants are ordered to pay interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621.

DATED: 6/2/10

*Saundra B Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

122299/574319

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Third Amended Proposed Default Judgment                            Case No. CV-09-3565 SBA